MILLS v. STATE. (No. 7627.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, Camp County; R. T. Wilkinson, Judge. Joe Mills was convicted of selling intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor; punishment is confinement in the penitentiary for one year. The record is before us without statement of facts or bills of exception. The judgment is affirmed.

———

RUSSELL et al. v. STATE. (No. 7439.) (Court of Criminal Appeals of Texas. Feb. 14, 1923.) Appeal from Limestone County Court; H. F. Kirby, Judge. W. D. Russell and another were convicted of exhibiting a dancing performance, and they appeal. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellants were convicted in the county court of Limestone county of exhibiting a dancing performance, and their punishment fixed at a fine of $100 and 30 days in the county jail. The record is before us without statement of facts or bills of exception. The information and complaint appear to sufficiently charge the offense, and the charge of the trial court appears to be in conformity with law. Finding no error in the record, the judgment will be affirmed.

———

STATE v. CLEAVER et al. (No. 24135.) (Supreme Court of Missouri. Division No. 2. Feb. 23, 1923.) Appeal from Circuit Court, Carter County; E. P. Dorris, Judge. Rowen F. Cleaver and John Jordan were convicted of robbery, and appeal. Judgment affirmed. Jesse W. Barrett, Atty. Gen., and R. W. Otto, Asst. Atty. Gen. (Ellison A. Poulton, of Mansfield, of counsel), for the State.

WALKER, J. The appellants were charged in an information filed in the circuit court of Carter county with highway robbery. Upon a trial they were convicted as charged and the punishment of each assessed at five years' imprisonment in the penitentiary. From this judgment an appeal has been perfected to this court.

Prior to the perfection of the appeal, the judgments were each commuted by the trial court to five years' imprisonment in the boys' reformatory.

We have not been furnished with a brief on the part of the appellants.

Appellants entered a box car at Midco, a town in Carter county, with drawn revolvers, and compelled the occupants of same, who were engaged in a dice game, to deliver to them money in the amount of $19.20. The appellants were not participants in the game. A voluntary statement made by them admitted the truth of the foregoing facts. Their contention at the trial was that they participated in the dice game and had lost $30, and the "holdup" was simply to recover their money from the other players. The jury gave no credence to their testimony.

We have reviewed the record proper and bill of exceptions, and find no error therein warranting a reversal. The judgments are therefore affirmed; and it is so ordered.

All concur.

END OF CASES IN VOL. 248

*